1022

**Brainslawa SZCZEPANSKI, General Administratrix of the Estate of Karl Szczepanski, Deceased, Plaintiff-Appellant, v. PENNSYLVANIA RAILROAD COMPANY, a Corporation, Defendant-Appellee.**

Circuit Court of Appeals, Third Circuit. January 14, 1930.

No. 4115.

Alex R. DeSevo, of Jersey City, N. J. (Alex Simpson, of Jersey City, N. J., of counsel), for appellant.

John A. Hartpence, of Jersey City, N. J., for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and MORRIS, District Judge.

PER CURIAM. Affirmed, on authority of Philadelphia & R. Ry. Co. v. Thirouin (C. C. A.) 9 F.(2d) 856, 858.

**UNITED STATES ex rel. Michele PICCOLELLA, Relator-Appellant, v. COMMISSIONER OF IMMIGRATION, ELLIS ISLAND, New York Harbor, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 163.

Shorr, Brodsky & King, of New York City (Carol Weiss King, of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Order affirmed, on the authority of United States ex rel. Rios v. Day, etc. (C. C. A.) 24 F.(2d) 654.

**UNITED STATES ex rel. John WERTH, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. January 7, 1930.

No. 235.

J. Waisman, of New York City (Harold Van Riper, of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON and L. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**UNITED STATES ex rel. YUNG GEE, Next Friend of Yung Cham (Chim), Relator-Appellant, v. Banjamin M. DAY, Commissioner of Immigration at the Port of New York, or Any Other Person Having Charge, Custody, or Control of the Body of the Above-Named Relator, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 23.

James C. Thomas, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Walter H. Schulman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

**VAN KANNEL REVOLVNIG DOOR COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Second Circuit. January 6, 1930.

No. 4.

Melvin G. Palliser and William C. Gehring, both of New York City, for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Randolph C. Shaw, Sp. Assts. to Atty. Gen. (C. M. Charest and Stanley Suydam, both of Washington, D. C., of counsel), for respondent.

Before L. HAND, SWAN, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.